```
                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF PUERTO RICO
```

In re:                                   :
                                         :
BORINQUEN LITHOGRAPHERS, INC.            :
                                         :   Case No.: 00-11560 (SEK)
                                         :
                                         :   Chapter : 07 (Asset)
Debtor                                   :
................................:

                TRUSTEE'S REPORT ON UNCLAIMED MONEYS
                AND TRANSFER OF SAID FUNDS TO THE CLERK

TO THE HONORABLE COURT:

   Comes now, John A. Zerbe, duly appointed, qualified and acting trustee and pursuant to 11 USC 347(a) and Title 28 (i.e. #2042) reports the following:

   1. An order of Final Distribution was entered by this Court, checks were issued accordingly, and the required time has elapsed for the cancellation of same.

   2. To date the bank account of this estate attached herein reflects that the sum of $8,400.23 is still on deposit representing unclaimed moneys due to the following listed creditor:

| Creditor's Name & Address | Amount Unclaimed |
|---|---|
| SUN CHEMICAL CORP.<br>222 Bridge Plaza South<br>Fort Lee, NJ 07024 | $8,400.23 |

WHEREFORE, the trustee hereby reports that he has issued a check representing unclaimed moneys in the amount of $8,400.23 payable to the Clerk, U.S. Bankruptcy Court, in order to reduce the estate's bank account to "0".

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 24th day of September 2010.

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to parties appearing in said system.

                                    /s/ J. Zerbe
                                 John A. Zerbe, Trustee
                                 165 Ave. De Diego
                                 Urb. San Francisco
                                 Rio Piedras, PR 00927
                                 (787) 765-8877